# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
March 11, 2019

In re:
   Shonda Deniel Brooks
   Debtor*

Case Number: 19–20364 jjt
Chapter: 13

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a Hearing will be held at **450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT 06103** on **March 28, 2019** at **10:00 AM** to consider and act upon the following matter(s):

    **Motion to Impose Automatic Stay Filed by Kimberly Pisinski on behalf of Shonda Deniel Brooks, Debtor. (Re: Doc #5)**

**OBJECTION(S) DUE:** March 21, 2019 before 4:00 p.m.

**CERTIFICATE OF SERVICE DUE:** March 21, 2019 before 4:00 p.m. Failure to file by the due date may result in the hearing being marked off.

**NOTE:** If the Filer or the Filer's attorney does not participate in the above scheduled hearing, the court may enter an order denying the matter(s) identified above.

Dated: March 11, 2019

For the Court

*Myrna Atwater*
Myrna Atwater
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240–3675
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 – lbw

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

### INSTRUCTIONS REGARDING THE ATTACHED NOTICE OF HEARING

**TO THE MOVING PARTY**

You are required to serve the attached Notice of Hearing along with these instructions in accordance with the Bankruptcy Rules.

You are required to file a Certificate of Service with the court indicating the names and physical address of each party served.

If you wish to request a continuance of the **initial hearing**, you must file a request for continuance of initial hearing (refer to court's website at www.ctb.uscourts.gov for the official form). Any subsequent requests for continuance require the filing of a Motion to Continue Hearing.

Myrna Atwater, Clerk of Court